IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Wheeler Cole Scott, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00588 |
| v. | : | Judge Sargus |
| City of Lima, Ohio, | : | Magistrate Judge Abel |
| Defendant | : | |

## Order

Plaintiff Wheeler Cole Scott brought this civil rights action under 42 U.S.C. §1983 alleging that his right to the free exercise of his religious beliefs was denied when he took his religious crusade to Lima, Ohio. On June 23, 2008, Magistrate Judge Mark R. Abel issued a Report and Recommendation that the complaint should be dismissed because it fails to contain a short and plain statement of plaintiff's claim(s) against defendant City of Lima, Ohio.

No objections have been filed to the Report and Recommendation. Upon *de novo* review as required by 28 U.S.C. § 636(b)(1)(B), the Court ADOPTS the Report and Recommendation. The complaint fails to give defendant fair notice of plaintiff's claims. See, *Erickson v. Pardus*, 127 S.Ct. 2197 (June 4, 2007). It does not allege when Scott was in Lima. It does not say what actions the City of Lima took to deny him the free exercise of his religious beliefs.

Accordingly, the Clerk of Court is DIRECTED to enter JUDGMENT

DISMISSING the complaint because it fails to state a claim under 42 U.S.C. §1983.

8-25-2008
Edmund A. Sargus, Jr.
United States District Judge