AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**WHEELER COLE SCOTT,**

     **Plaintiff,**

**v.**

         **JUDGMENT IN A CIVIL CASE**

**CITY OF LIMA, OHIO,**         CASE NO.  C2-08-588
                                       JUDGE EDMUND A. SARGUS, JR.
     **Defendant.**             MAGISTRATE JUDGE MARK R. ABEL

___ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the ORDER filed August 25, 2008, JUDGMENT is hereby entered DISMISSING this action for failure to state a claim.**

Date: August 25, 2008                       JAMES BONINI, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                               Courtroom Deputy Clerk